IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Quentinn A. Foster, | ) | C/A No.: 1:19-707-RBH-SVH |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Andrew M. Saul,[1] Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

This matter comes before the court on a review of the docket in this case, which reveals that Plaintiff has failed to timely file his brief. Defendant filed an answer and the administrative record of the underlying proceedings on July 15, 2019. [ECF Nos. 8, 9]. Pursuant to Local Civ. Rule 83VII.04 (D.S.C.), Plaintiff's brief was originally due on August 14, 2019. On August 12, 2019, the undersigned granted Plaintiff's motion to extend the deadline for filing his brief to September 13, 2019. [ECF No. 11]. Plaintiff has not yet filed a brief in this matter. As such, it appears to the court that Plaintiff wishes to abandon this action. Therefore, Plaintiff is directed to file a brief by September 18, 2019, and is warned that failure to file the brief by the revised final deadline may result in the case being recommended for dismissal with prejudice for failure to prosecute.

---

[1] Andrew M. Saul became the Commissioner of the Social Security Administration on June 17, 2019. Pursuant to Fed. R. Civ. P. 25(d), Saul is substituted for Nancy A. Berryhill.

IT IS SO ORDERED.

September 16, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge